682 A.2d 1267

**COMMONWEALTH of Pennsylvania,
rel. Charles R. HILL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF
PROBATION AND PAROLE, Appellee.**

**Nos. 053 and 054 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

Sept. 26, 1996.

## *ORDER*

PER CURIAM

AND NOW, this **26th** day of **September, 1996,** the appeal at No. 054 M.D., Appeal Docket 1996 is quashed. The appeal at No. 053 is quashed; treating it as a petition for allowance of

appeal, Pa.R.A.P. 1102, the petition for allowance of appeal is denied.